UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDUARDO GOMEZ GARCIA,

                Petitioner,

   v.

ICE Field Office Director,

                Respondent.

Case No. C13-201 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 1, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation.

    2.    Petitioner's petition for writ of habeas corpus is **DENIED** and **DISMISSED** with prejudice.  All pending motions are **STRICKEN** as moot.

    3.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of April 2013.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1